UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DUANE CHRISTY, ) | |
| ) | 2:14-cv-00872-JAD-CWH |
| Plaintiff, ) | |
| ) | <u>ORDER</u> |
| vs. ) | |
| ) | |
| MARKEM FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

  This matter is before the Court on Plaintiff's Emergency Motion to Seal (#14), filed August 14, 2014.  Shortly after the motion was filed, the Court preliminarily granted the request to seal Defendant's motion to dismiss (#7) on the ground that it contains information that should have been redacted pursuant to Fed. R. Civ. P. 5.2 and Special Order (#108), which removed the need to consider the motion on an emergency basis.  The Court indicated that it would enter a ruling on the motion after full briefing was submitted.  Defendant chose not to submit a response.

  The Court has already struck two documents filed by Defendant because (1) they were improperly filed under Local Rule 26-8 and (2) they failed to redact information identified in Rule 5.2 and Special Order (#108).  *See* Minute Order (#13).  Plaintiff's motion is not directed toward any specifically identified information that it believes should be redacted.  The majority of the exhibits submitted in support of the motion are simply copies of documents filed on the public record pertaining to specified real property.  Absent compelling argument otherwise, the Court is not inclined to require redaction of information contained within public records regarding real property in a lawsuit pertaining to the real property that is the subject of the public record.  The Court's independent review shows only a single instance of failure to redact on the

1  first page of Exhibit 3, which includes Plaintiff's full social security number. Consistent with
2  Rule 5.2, the Court will instruct the Clerk of Court to redact that singular failure and unseal the
3  motion to dismiss. The Court declines to enter an order for sanctions.
4      Based on the foregoing and good cause appearing,
5      **IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Seal (#14) is **denied**.
6      **IT IS FURTHER ORDERED** that the Clerk of Court shall redact the last four digits of
7  Plaintiff's social security number as found on the first page of Exhibit 3 attached to Defendant's
8  Motion to Dismiss (#7). Once redacted, the Clerk shall unseal the motion.
9      DATED: October 7, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge