UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DUANE CHRISTY, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARKEM FINANCIAL SERVICES, INC., | ) |
| Defendant. | ) |

2:14-cv-00872-JAD-CWH

ORDER

This matter is before the Court on the parties' Stipulation to Stay Discovery (#22), filed February 17, 2015.  The Court entered a discovery plan and scheduling order on August 1, 2014, setting the discovery cutoff date for December 29, 2014.  The parties have neither requested nor obtained any extension to the discovery cutoff date during the pendency of this litigation. Discovery is closed and, therefore, there is no need for a stay.  Accordingly,

**IT IS HEREBY ORDERED** the parties' Stipulation to Stay Discovery (#22) is **denied**.

DATED: February 18, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge