MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd, Suite 101
Las Vegas, NV 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE CHRISTY, an individual, on behalf of themselves and those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>MARKEM FINANCIAL SERVICES INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:14-cv-00872-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS STIPULATED AND AGREED by and between the Plaintiff DUANE CHRISTY by and through his Counsel of Record, THE BOURASSA LAW GROUP, LLC and Defendant MARKEM FINANCIAL SERVICES INC., by and through its Counsel of Record, J.K. NELSON LAW, to dismiss any and all claims by and between Plaintiff Duane Christy and Defendant Markem Financial Services Inc. with prejudice.

///

///

///

///

- 1 -

IT IS FURTHER STIPULATED AND AGREED that each party will bear their own attorney's fees and costs.

DATED this 22nd of October, 2015.

THE BOURASSA LAW GROUP, LLC

MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
Trent L. Richards, Esq.
Nevada Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas NV 89117
Tele: (702) 851-2180
Fax: (702) 851-2189
*Attorneys for Plaintiff*

DATED this 22 of October, 2015.

J.K. NELSON LAW

JONATHAN K. NELSON, ESQ.
Nevada Bar No. 12836
41 N Hwy 160, Suite 8
Pahrump NV 89060
Tele: (775) 727-9900
Fax: (775) 743-5573
*Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED that all claims by Plaintiff are hereby dismissed as to Defendant MARKEM FINANCIAL SERVICES INC. with prejudice and each party will bear their own attorney's fees and costs. The calendar call set for 10/26/15, and trial date set for 11/3/15, are hereby VACATED. The Clerk of Court is instructed to close this case.

Dated: October 22, 2015.

_____
UNITED STATES DISTRICT JUDGE